**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-03817-RTG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

EDWARD EARL YOUNG,

Plaintiff,

v.

EL PASO COUNTY DISTRICT COURT,
EL PASO COUNTY COURT JUDGE MICHAEL P. MCHENRY (Official Capacity),
MAGISTRATE DAVID GLEN LINDEMAN (Official Capacity), and
SENIOR ASSISTANT ATTORNEY GENERAL LIDIANA RIOS (Official Capacity),

Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff has submitted to the Court *pro se* a "Complaint for Declaratory, Injunctive, and Civil Rights Relief" (ECF No. 1).[1] As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined the pleading is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

[1] "(ECF No. 1)" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic filing system (CM/ECF). The court uses this convention throughout this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) xx is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing authorization to calculate and disburse filing fee payments
(7) ___ is missing an original signature
(8) ___ is not on proper form
(9) ___ names in caption do not match names in caption of complaint, petition or habeas application
(10) xx other: motion is necessary only if filing and administrative fees totaling $405.00 are not paid in advance.

**Complaint, Petition or Application**:

(11) ___ is not submitted
(12) xx is not on proper form (must use the District of Colorado form)
(13) ___ is missing an original signature
(14) ___ is missing page nos. ____
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ names in caption do not match names in text
(17) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) xx other: must provide a short and plain statement of claims and supporting factual allegations.

Plaintiff is informed that he may choose to contact the Federal Pro Se Clinic at (303) 824-5395 or https://www.cobar.org/cofederalproseclinic for possible assistance in this matter. The Federal Pro Se Clinic is located on the first floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver CO 80294. Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Application to

Proceed in District Court Without Prepaying Fees or Costs (Long Form) and Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure all of the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED August 20, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge